**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Hye Kung Moon and Brainer Consultancy Inc., | |
| *Plaintiff*, | |
| v. | Civil Action No. 19-0035 (RDM) |
| Angela Kerwin, Consul General at the U.S. Embassy in Seoul, et al. | |
| *Defendants*. | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Scott Leeson Sroka as counsel of record for Defendants in the above-captioned.

January 28, 2019

Respectfully submitted,

__/s/_____

SCOTT LEESON SROKA
Member of New York Bar
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Scott.Sroka@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I served the foregoing Notice of Appearance upon the Plaintiff by the court's Electronic Court Filing system. (ECF)

\_\_/s/_____

SCOTT LEESON SROKA
Member of New York Bar
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Scott.Sroka@usdoj.gov