# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HYE KUNG MOON and<br>BRAINER CONSULTANCY INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANGELA KERWIN, *in her official capacity as U.S. Consul General, U.S. Embassy Seoul*, *et al.*,<br><br>Defendants. | Civil Action No. 19-CV-35 (RDM) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendants Angela Kerwin, U.S. Consul General to the U.S. Embassy in Seoul, Republic of Korea ("Defendants"), *et al.* respectfully request an extension of time of 60 days, up to and including **May 17, 2019**, for Defendants to file their Answer. Undersigned counsel has consulted with Plaintiffs' counsel, who has graciously consented to the requested relief.

In further support of this motion, Defendants state the following:

**BACKGROUND**

1. Plaintiffs filed their Complaint (ECF No. 1) on January 7, 2019, seeking to compel a decision on Plaintiff Moon's application for an immigrant visa, which is pending with the Consul General in Seoul, Republic of Korea. Defendants' answer is due to be filed on March 18, 2019.

2. On February 21, 2019, U.S. Customs and Immigration Services ("USCIS") issued a Notice of Intent to Revoke ("NOIR") in this matter. The NOIR outlines the bases for USCIS's intended revocation, putting Plaintiffs on notice and allowing them to rebut the information and provide additional evidence. Plaintiff has 33 days from February 21, 2019, to respond

to the NOIR. Accordingly, Plaintiff should respond on or before March 26, 2019, so that USCIS can consider the response and finalize adjudication.

3. Because the due date for Plaintiffs to respond to the NOIR falls after the date for Defendants to file their answer, Defendants respectfully request a 60-day extension so that Plaintiffs can respond to the NOIR and Defendants can consider the response and any additional evidence.

4. Undersigned counsel has consulted with Plaintiffs' counsel, who has graciously consented to the requested relief.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Consent Motion for Extension of Time to File Answer*. A proposed Order consistent with this request is attached herewith.

Dated: March 18, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Scott.Sroka@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March 2019, service of the foregoing **Consent Motion for Extension of Time to File Answer** has been made on counsel of record through the Court's ECF system.

    /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7113
Fax: (202) 252-2599
Email: Scott.Sroka@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                              |                               |
|----------------------------------------------|-------------------------------|
| HYE KUNG MOON and<br>BRAINER CONSULTANCY INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANGELA KERWIN, *in her official capacity as U.S. Consul General, U.S. Embassy Seoul*, *et al.*,<br><br>Defendants. | Civil Action No. 19-CV-35 (RDM) |

## **ORDER**

Upon consideration of Defendants' *Consent Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**.

**FURTHER ORDERED** that the time for Defendants to file their Answer is hereby extended up to and including **May 17, 2019**.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT JUDGE